IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROOSEVELT WESTON PARKER,

    Plaintiff,

v.       CASE NO. 1:05-cv-00143-MP-AK

ALACHUA COUNTY SHERIFF'S OFFICE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, Plaintiff's complaint under 42 U.S.C. § 1983, be dismissed without prejudice for failure to prosecute.  The Magistrate Judge filed the Report and Recommendation on Thursday, November 10, 2005.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  In this instance, however, no objections were made.  Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's claim under 42 U.S.C. § 1983, Doc. 1, is DISMISSED WITHOUT PREJUDICE.

    **DONE AND ORDERED** this   _23rd_ day of December, 2005

　　　*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge